IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADWAY PINE BRANDS LLC,<br><br>        Plaintiff,<br>v.<br><br>BONJIN-US, *et al*.,<br><br>        Defendants. | Civil Action No. 22-cv-1609<br><br>(Judge Ranjan) |

**MOTION FOR PRELIMINARY INJUNCTION**

In connection with this Court's November 18, 2022 Order, Plaintiffs now move this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Michael Scotese, Stanley D. Ference III, Brian Samuel Malkin, and Dee Odell, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 15, 2022 | /s/ Brian Samuel Malkin |

Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

Brian Samuel Malkin
Pa. ID No. 70448
bmalkin@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiffs

- 2 -