IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BROADWAY PINE BRANDS LLC,

    Plaintiff,

v.

BONJIN-US, et al.,

    Defendants.

2:22-CV-1609

| | |
|---|---|
| **Hearing Type:** | Video Show Cause Hearing |
| **Date:** | 12/20/2022 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiff | Brian Malkin and Stanely Ference, III |
| Counsel for Defendant | None |
| Court Reporter | V. Trettel |
| Law Clerk | LG |
| Start Time | 4:10 p.m. |
| End Time | 4:17 p.m. |

**SUMMARY OF PROCEEDINGS:**

No counsel for any Defendant appearing.

Show Cause Hearing held as to why a Preliminary Injunction Order should not be entered.

Preliminary Injunction Order to follow.